Shannon Doyle, Esq. (SBN 207291)
Ghidotti | Berger LLP
1920 Old Tustin Ave
Santa Ana, CA 92705
Ph: 949-427-2010
Fax: 949-427-2732
bknotifications@ghidottiberger.com

Attorney for Movant,
*Athene Annuity and Life Company*

## UNITED STATES BANKRUPTCY COURT

## CALIFORNIA EASTERN BANKRUPTCY COURT

## (SACRAMENTO)

| | |
|---|---|
| In Re: | CASE NO.: 24-20964 |
| Frank James Bell | CHAPTER 7 |
| Debtors. | RS No.: SD-1 |
| | **AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | DATE: January 21, 2025<br>TIME: 10:30 a.m.<br>CTRM: 28<br>PLACE: 501 I  Street, 7th Floor<br>          Sacramento, CA  95814 |
| | Honorable Fredrick E. Clement |

**TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:**

**COMES NOW**, Movant, Athene Annuity and Life Company, its assignees and/or successors in interest (**"Movant"** herein), and moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. §362 as to Movant so that Movant and its Trustee may commence

and continue all acts necessary to foreclose under the Deed of Trust secured by the subject property.

Movant submits the following Memorandum of Points and Authorities in support of its Motion for Relief from Stay. This Court has jurisdiction pursuant to 28 U.S.C. §1334. The filing of this Motion commences a contested matter within the meaning of Bankruptcy Rule 9014.

## I.   INTRODUCTION

Movant is entitled to relief from the automatic stay to enforce its lien for cause in that. Movant's interest in the subject property is not adequately protected.

## II. STATEMENT OF FACTS

Movant is the beneficiary of a Deed of Trust ("**Deed of Trust**") encumbering the subject property, commonly known as 2 Keely Court, Sacramento, CA  95838  (the "**Property**") and legal described as set forth in the Deed of Trust recorded on November 14, 2005, in the Official Records of Sacramento County, California.  *See* Declaration of Israel Herrera in Support of Motion for Relief from the Automatic Stay filed concurrently herewith ("Herrera Decl") ¶5.

The Deed of Trust secures a Promissory Note dated October 24, 2005, in the principal amount of $300,350.00 (the" Note**"**) executed by Frank Bell ("Debtor**"**) which is currently in the possession of Movant. *See* Herrera Decl., ¶6.

On or about July 1, 2022, Debtor became delinquent under the terms of the Note. *See* Herrera Decl., ¶10.

The Debtor filed a Chapter 13 bankruptcy petition on March 12, 2024, under case number 24-20964. This case was converted to a Chapter 7 on October 11, 2024.

With respect to Movant's Deed of Trust as of March 12, 2004, the following payments have not been received by Movant:

| Monthly Payments: | 3 at $1,252.37 (07/01/22 – 09/01/22) = | $3,757.11 |
| | 12 at $1,307.98 (10/01/22 – 09/01/23) = | $15,695.76 |
| | 1 at $1,272.20 (10/01/23) = | $1,272.20 |
| | 5 at $1,754.15 (11/01/23 – 03/01/24)_ = | $8,770.75 |
| | 7 at $1,365.52 (04/01/24 – 11/01/24) = | $9,558.64 |
| MFR Attorney Fee: | | $1,050.00 |
| MFR Filing Fee: | | $199.00 |
| Debtor's Suspense Balance | | (-$821.49) |
| **Total Default:** | | **$38,232.87** |

A true and correct copy of the payment history is attached as *See* Herrera Decl., ¶10.

The next scheduled monthly payment of $1,365.52 is due December 1, 2024, and continuing each month thereafter. However, this amount may be subject to change pursuant to the terms of the applicable loan documents. Late charges will accrue if the payments are not received by the 15th of the month.

Furthermore, The sums set forth in this declaration do not include any late charges, escrow advances, or other fees and charges that might otherwise be included in the event that a payoff is requested or provided.

Pursuant to Debtor's Schedule A, the value of the Property is $425,000.00.

As of October 15, 2024, the total outstanding debt owed to Movant is $341,968.09 leaving a mere 12.5% equity cushion for Movant. A true and correct copy of the Payoff Statement is attached as **Exhibit "5"**. *See* Herrera Decl., ¶14.

Furthermore, Debtor has not filed a Statement of Intentions.

///

///

## III. LEGAL ARGUMENT

### A. Lack of Adequate Protection

Pursuant to 11 U.S.C. §362(d)(1), a party may seek relief from stay based upon "cause," including lack of adequate protection. Adequate protection can be shown by the existence of a sufficient equity cushion. Based on a valuation of the Property in Debtor's Schedules, the value of the Property is listed as $425,000.00 while Movant's payoff as of October 15, 2024 is $341,968.09. In *Pistole v. Mellor (In re Mellor)*, 734 F.2d 1396, 1401 (9th Cir. 1984), the Ninth Circuit elucidated that an equity cushion of approximately 20% is typically considered sufficient to constitute "adequate protection" for a creditor. This benchmark is intended to ensure that the creditor's interest remains safeguarded against the risks associated with the debtor's use or disposition of the property during the bankruptcy proceedings. Similarly, *Downey Saving & Loan Ass'n v. Helionetics, Inc. (In re Helionetics, Inc.),* 70 B.R. 433, 440 (Bankr. C.D. Cal. 1987), reinforced this standard by finding a 20.4% equity cushion adequate.

///
///
///
///
///
///
///
///
///
///
///
///

Here, applying these principles to the current case, the declared value of the Property, as per the Debtor's Schedules, stands at $425,000.00, with Athene Annuity and Life Company payoff amounting to $341,968.09 as of October 15, 2024. Adopting the Debtor's valuation yields only a 11% equity cushion, far beneath the Ninth Circuit's 20% threshold for adequate protection. Based on the foregoing, this is "cause" to terminate the stay under 11 U.S.C. § 362(d)(1).

## II. <u>CONCLUSION</u>

**WHEREFORE**, Movant prays:

1. For an Order granting relief from the automatic stay;
2. For an order that the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived; and
3. For such other relief as the Court deems proper.

Dated: December 17, 2024          GHIDOTTI | BERGER, LLP

<u>/s/Shannon Doyle</u>
Shannon Doyle, Esq.
Attorney for Athene Annuity and Life Company